```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JIMMY LOZANO,

                Petitioner,          17cv357 (JGK)

    - against -                    <u>ORDER</u>

UNITED STATES OF AMERICA,

                Respondent.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court of Appeals having affirmed the judgment entered on October 20, 2017, the Clerk is directed to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **July 6, 2020**           /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                       **United States District Judge**